UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
          v.

:   Hon. James B. Clark
:   Mag. No. 14-3028 (JBC)

VLADIMIR KLEYMAN

:   <u>ORDER FOR CONTINUANCE</u>

         This matter having come before the Court on the joint application of
Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H.
Yoon, Assistant U.S. Attorney, appearing), and defendant Vladimir Kleyman
(Jeffrey Ifrah, Esq., appearing), for an order granting a continuance of the
proceedings in the above-captioned matter for a period of 45 days to permit
defense counsel the reasonable time necessary for effective preparation in this
matter and to allow the parties to conduct plea negotiations, and the defendant
being aware that the defendant has the right to have the matter submitted to a
grand jury within thirty days of the date of the defendant's arrest, pursuant to
Title 18, United States Code, Section 3161(b), and the defendant having
consented to the continuance and waived such right, and five prior continuance
orders having been entered, and for good cause shown,

         IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

         (1) Both the United States and the defendant desire additional time
to conduct plea negotiations, which could render any grand jury proceedings and
any subsequent trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6th day of October 2014,

ORDERED that this action be, and hereby is, continued for a period of 30 days from October 2, 2014 through November 17, 2014; and it is further

ORDERED that the period from October 2, 2014 through November 17, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JAMES B. CLARK
United States Magistrate Judge

*Approved By:*

JACOB T. ELBERG
Chief, Health Care & Government Fraud Unit

*Form and entry consented to:*

ANDREW LEVEN
JANE H. YOON
Assistant U.S. Attorneys

A. JEFF IFRAH, ESQ.
DAVID DEITCH, ESQ.
Counsel for defendant Vladimir Kleyman